ALANA W. ROBINSON
Acting United States Attorney
MELANIE K. PIERSON
Assistant U.S. Attorney
California Bar No.: 112520
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7976
Fax: (619) 546-0631
Email: Melanie.Pierson@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALAN REN (1),<br>WEI WEI WANG (2),<br><br>　　　　Defendants. | Case No.: 17-CR-1065-JLS<br><br>**GOVERNMENT'S MOTION FOR HANDWRITING EXEMPLARS** |

COMES NOW the United States of America, by and through its attorneys, Alana W. Robinson, Acting United States Attorney, and Melanie K. Pierson, Assistant U.S. Attorney, and hereby files its Motion for a Handwriting Exemplars, together with attached Statement of Facts and Memorandum of Points and Authorities.

DATED: July 24, 2017　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　ALANA W. ROBINSON
　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　*s/Melanie K. Pierson*
　　　　　　　　　　　　　　　　　　　MELANIE K. PIERSON
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

I

STATEMENT OF FACTS

On February 15, 2016, the defendants imported protected sea cucumber and endangered abalone from Mexico into the United States. The government possesses a handwritten ledger indicating dates and amounts of payments for sea cucumber and other seafood.

The Government seeks to prove, through a handwriting expert, which individual defendant made the entries in the ledger.

II.

POINTS AND AUTHORITIES

The Fifth Amendment privilege against self-incrimination protects a defendant against the compelled production of testimonial or communicative evidence, rather than evidence of a real or physical nature. Schmerber v. California, 384 U.S. 757 (1966). Handwriting is an identifying physical characteristic, so requiring a defendant to provide a handwriting exemplar does not violate the constitutional guarantee against self-incrimination. Gilbert v. California, 388 U.S. 263 (1967).

A mere handwriting exemplar, in contrast to the content of what is written, like the voice or body itself, is an identifying physical characteristic outside the protection of the Fifth Amendment. United States v. Pheaster, 544 F.2d 353, 373 (9th Cir. 1976). In Pheaster, the agent dictated the words to the defendant to write for the exemplar, and the defendant made the same unusual spelling mistakes as found in the kidnapper's note. The defendant claimed that the misspellings were testimonial in nature, rather than a physical characteristic, but the Ninth Circuit disagreed. The Court noted that spelling, like penmanship, is acquired by learning and the manner of spelling a word is no less an identifying characteristic than the manner of crossing a "t" or looping an "o". Id.

Handprinting, like handwriting, is within the rule of Gilbert. United States v. Rudy, 429 F.2d 993, 994 (9th Cir. 1970). So long as the specific phrases used in the exemplar are to serve as examples of handwriting, and not as testimonial expressions of the truth of those phrases, the exemplar does not constitute a violation of the privilege against self-incrimination under the Fifth Amendment. United States v. Antill, 579 F.2d 1135 (9th Cir. 1978).

In the instant case, there is a very limited amount of writing and printing which the Government seeks to compare with the handwriting of the defendants. None of it could be construed as testimonial in nature, and therefore none would be protected under the Fifth Amendment.

### III.
### CONCLUSION

On the basis of the foregoing, the Government respectfully requests that its Motion for Handwriting Exemplars from each defendant be granted.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 17-CR-1065-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| ALAN REN (2), | ) | |
| WEI WEI WANG (2) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, MELANIE K. PIERSON, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Government's Motion for Handwriting Exemplars on the opposing parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2014.

                                                  s/ Melanie K. Pierson
                                                MELANIE K. PIERSON